United States Courts
Southern District of Texas
FILED
*November 15, 2023*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. **4:23-cr-556** |
| | § | |
| JOSE LUIS REYES-MARTINEZ | § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about October 20, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**JOSE LUIS REYES-MARTINEZ,**

an alien who previously had been denied admission, excluded, deported, and removed from the United States, entered, attempted to enter, and was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States before March 1, 2003, and having not obtained consent from the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003.

In violation of Title 8, United States Code, Section 1326.

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

LISA COLLINS
Assistant United States Attorney