USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:23-cr-556**

USAO Number: 2023R06869

Magistrate Number:

United States Courts Southern District of Texas
FILED
*November 15, 2023*
Nathan Ochsner, Clerk of Court

CRIMINAL INDICTMENT Filed

Judge: **Lake**

UNITED STATES of AMERICA
vs.

JOSE LUIS REYES-MARTINEZ

ATTORNEYS:

| | | Appt'd | Private |
|---|---|---|---|
| **ALAMDAR S. HAMDANI, USA** | **(713) 567-9000** | | |
| LISA M. COLLINS, AUSA | (713) 567-9000 | | |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Count 1: Illegal reentry into the United States [8 U.S.C. §§ 1326]

PENALTY: Count 1: Not more than 20 years imprisonment and/or a fine of not more than $250,000, not more than 3 years supervised release, and a $100 special assessment.

☑ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: