USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*February 01, 2024*
Nathan Ochsner, Clerk of Court

No. 4:23-cr-556-S

USAO Number: 2023R06869

Magistrate Number:

Filed

Judge: **Lake**

UNITED STATES of AMERICA
vs.

JOSE LUIS REYES-MARTINEZ

ATTORNEYS:

**Alamdar S. Hamdani, USA** **(713) 567-9000**

Lisa M. Collins, AUSA (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE: (TOTAL) (COUNTS:) ( 5 )

Ct. 1 - Illegal reentry of removed alien, [8 USC § 1326].

Ct. 2 - Interference with Commerce by Robbery, [18 USC § 1951(a) and 2].

Cts. 3 & 5 - Using and brandishing a firearm during and in relation to a crime of violence, [18 USC § 924(c)(1)(A)(ii) and 2].

Ct. 4 - Taking a motor vehicle by force and violence, [18 USC § 2119 and 2].

Notice of Forfeiture, [8 USC § 924(d)(1) and 28 USC § 2461(c)].

PENALTY:

Ct. 1 - not more than 10 years imprisonment and/or a fine of not more than $250,000, not more than 3 years SR, and a $100 SA.
Ct. 2 - not more than 20 years imprisonment and a fine of not more than $250,000.00, 3 years SR, and $100 SA for each count. Cts.
3 & 5 - mandatory minimum term of 7 years imprisonment consecutive to the underlying count, 3 years SR, and a $100 SA.
Ct. 4 - not more than 15 years imprisonment and a fine not to exceed $250,000, 5 years SR, and a $100 SA.

☒ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: