**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 4:23-CR-556-S** |
| | § | |
| **JOSE LUIS REYES-MARTINEZ** | § | |
| | § | |
| | § | |

**Defendant**

**MOTION TO DISMISS REMAINING COUNT**
**BY THE UNITED STATES**

TO THE HONORABLE JUDGE OF THIS COURT:

The United States of America, by and through United States Attorney Aaron Reitz and the undersigned Assistant United States Attorney, files this Motion to Dismiss Remaining Count and would show the following:

I. On July 10, 2026, the Defendant appeared before Your Honor and pleaded guilty to Count 1, Illegal Reentry, Count 2, Robbery, Count 4, Carjacking, and Count 5, Brandishing. As part of a written plea agreement with the Government, the Defendant freely and voluntarily admitted under oath to every element of these criminal offenses. The Defendant then waived all right to appeal, or otherwise collaterally attack, his convictions save for claims of ineffective assistance of counsel. The Government, in return, promised to dismiss Count 3, the Brandishing of a Firearm charge corresponding to Count 2, the Robbery, at the time of sentencing. The Government also promised to recommend the Defendant receive credit for an additional one-level reduction for acceptance of responsibility under

the United States Sentencing Guidelines for having timely advised the Government of his intent to plead guilty. DKT 58.

II. The undersigned Assistant United States Attorney respectfully recommends dismissal of Count 3 of the superseding indictment against the defendant, consistent with the terms of the plea agreement entered on July 10, 2026. DKT 58.

Respectfully submitted,

Aaron F. Reitz
UNITED STATES ATTORNEY

By: /s/ Francisco J. Rodriguez
FRANCISCO J. RODRIGUEZ
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that September 23, 2026 a true and correct copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to all Counsel of Record.

/s/ Francisco J. Rodriguez
FRANCISCO J. RODRIGUEZ
Assistant United States Attorney